# EXHIBIT A

EFiled: Aug 25 2015 04:31PM EDT
Transaction ID 57766430
Case No. K15C-08-025 JJC

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY

JOHN DENTON,                                )
                                            )
                    Plaintiff,              )
                                            )   C.A. No.
          v.                                )
                                            )
                                            )   TRIAL BY JURY DEMANDED
                                            )
CHRYSLER AUTOMOTIVE OPERATIONS,             )
INC., a Delaware Corporation and FCA US     )
LLC, a Limited Liability Company of the State )
of Delaware,                                )
                                            )
                    Defendants              )

IN SHERIFF'S HANDS
NEW CASTLE COUNTY
2015 SEP -8 PM 8:53

**TO:  THE SHERIFF OF NEW CASTLE COUNTY**
**YOU ARE COMMANDED:**

        To summon the above named defendant FCA US, LLC, so that, within 20 days after service
hereof upon defendant, exclusive of the day of service, defendant shall serve upon John C. Andrade,
Esquire, plaintiff's attorney, whose address is 116 West Water Street, P.O. Box 598, Dover, Delaware
19903, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of
defense).

        To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if
any has been filed by plaintiff).

DATED: Aug 28, 2015                         ANNETTE ASHLEY
                                            Prothonotary
                                            _____
                                            Per Deputy
                                                        KENT COUNTY

**TO THE ABOVE NAMED DEFENDANT:**

        In case of your failure, within 20 days after service hereof upon you, exclusive of the day of
service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of
demand has been filed, an affidavit of defense), judgment by default will be rendered against you for
the relief demanded in the complaint (or in the affidavit of demand, if any).

                                            ANNETTE ASHLEY
                                            Prothonotary
                                            _____
                                            Per Deputy
                                                        KENT COUNTY

SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

EFiled: Aug 25 2015 03:27PM EDT
Transaction ID 57765475
Case No. K15C-08-025 JJC

COUNTY:   N   K .   S       CIVIL ACTION NUMBER: _____

| | |
|---|---|
| CAPTION:<br><br>John Denton, _____<br><br>_____Plaintiff, _____<br><br>_____v. _____<br><br>Chrysler Automotive Operations, Inc., a Delaware Corporation,<br><br>and FCA U.S., LLC., a limited Liability Company of the State<br>of Delaware<br><br>_____Defendant, _____ | CIVIL CASE CODE: ___CPRL_____<br><br>CIVIL CASE TYPE:_____<br>_____(See reverse side for code and type)<br><br>NAME AND STATUS OF PARTY FILING DOCUMENT:<br><br>_Plaintiff, John Denton_____<br><br>DOCUMENT TYPE: (E.G., COMPLAINT; ANSWER WITH COUNTERCLAIM)<br><br>_Complaint_____<br><br>JURY DEMAND ____X____ YES _____ NO |
| ATTORNEY NAME(S):<br>   John C. Andrade, Esquire<br>_____<br>ATTORNEY ID(S):<br><br>_1037_____<br>FIRM NAME:<br><br>_Parkowski, Guerke & Swayze, P.A._____<br>ADDRESS:<br><br>_116 West Water Street, P.O. Box 598_____<br><br>_Dover, DE  19903_____<br>TELEPHONE NUMBER:<br><br>_(302) 678-3262_____<br>FAX NUMBER:<br><br>_(302) 678-9415_____<br>E-MAIL ADDRESS:<br>   jandrade@pgslegal.com | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS<br>_____<br>_____<br>_____<br>_____<br>EXPLAIN THE RELATIONSHIP(S): _____<br>_____<br>_____<br>_____<br>_____<br>_____<br>_____<br>_____<br>OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:_____<br>_____<br>_____<br>(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGES) |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED.  THE FAILURE TO FILE THE CIS AND TO HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

EFiled:  Aug 25 2015 03:27PM EDT
Transaction ID 57765475
Case No. K15C-08-025 JJC

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR KENT COUNTY

JOHN DENTON,                        )
                                    )
            Plaintiff,              )
                                    )   C.A. No.
        v.                          )
                                    )
                                    )   TRIAL BY JURY DEMANDED
                                    )
CHRYSLER AUTOMOTIVE OPERATIONS,     )
INC., a Delaware Corporation and FCA US )   **COMPLAINT**
LLC, a Limited Liability Company of the State )
of Delaware,                        )
                                    )
            Defendants              )

## Count I

1.      Plaintiff, John Denton, resides at 7400 Cedar Grove Lane, Elkridge, MD 21075.

2.      Defendant, Chrysler Automotive Operations, Inc., is a corporation of the State of Delaware and Defendant, FCA US LLC, is a limited liability company of the State of Delaware (jointly "Chrysler"). Either or both are successor corporations to and stand in the shoes of Chrysler Corporation the manufacturer of the vehicle in question.

3.      On or about August 26, 2013, Plaintiff, John Denton was driving a 2000 Jeep Wrangler (VIN: 1J4FA29PXYP720783) ("Jeep wrangler" or "vehicle") in Milford, Delaware, when he was involved in an accident. During the accident collision the driver's seat twisted and caused the Plaintiff to make contact with the rear seat causing him to suffer serious injuries.

4.     Chrysler had a duty to Plaintiff to design, manufacture and market only vehicles that were reasonably safe for their intended operation.  Chrysler breached that duty and was negligent in the design and manufacture of the vehicle in question in that:

a.     the vehicle was designed or manufactured such the driver's seat twisted during a collision ;

b.     Chrysler failed to design the Jeep Wrangler so that the driver's seat wouldn't twist during a moderate collision;

c.     Chrysler failed to design any safety features with the Jeep Wrangler that would prevent the driver's seat from shifting on impact; and

d.     Chrysler failed to design and manufacture a vehicle that was crashworthy.

5.     Chrysler was negligent and breached its duty by failing to warn adequately in that:

a.     Chrysler failed to warn adequately of the propensity of the driver's seat in the Jeep Wrangler to twist and send a driver into the rear seat during a collision;

b.     Chrysler failed to warn adequately of the dangers of the driver's seat twisting during a collision;

c.     Chrysler failed to provide adequate instructions on how to minimize the chances of the driver's seat twisting during a collision;

6.     As a direct and proximate result of the negligence of Chrysler, Plaintiff suffered serious injuries.

**Count II**

7.     Paragraphs 1 – 6 are re-alleged and incorporated by reference as set forth in full herein.

8.     Chrysler has been engaged in the business of selling Jeep Wrangler vehicles.

9.     The vehicle in question was in a defective condition and unreasonably dangerous to the Plaintiff when sold in that:

      a.     The driver's seat had a propensity to twist and fail during a collision;

      b.     The vehicle was sold without adequate warnings of the driver's seat twisting and failing during a collision; and

      c.     The vehicle was sold without adequate instructions that might have minimized the chances of the driver's seat twisting during a collision.

10.    The vehicle was being used in a manner reasonably anticipated by and reasonably foreseeable by Chrysler.

11.    As direct and proximate result of the defective condition of the vehicle, Plaintiff suffered serious injuries.

## Count III

12.    Paragraphs 1 – 11 are re-alleged and incorporated by reference as set forth in full herein.

13.    Chrysler breached implied warranties of merchantability in that the vehicle in question was not suitable for use in that:

      a.     the driver's seat was not  designed or manufactured so that it would not twist and fail in a collision;

    b.  it was sold without adequate warnings about the serious injury that could result if the vehicle was in a collision;

    c.  the vehicle was sold without adequate instructions to prevent the driver's seat to twist during a collision; and

    d.  the vehicle was not merchantable and was not suitable for use in that the propensity of the driver's seat to twist during a collision.

  14.  As a direct and proximate result of the breach of warranty by Chrysler, Plaintiff suffered serious injuries.

  WHEREFORE, Plaintiff demands judgment against the Defendant for general, special and compensatory damages, together with the costs of this action.

         PARKOWSKI, GUERKE & SWAYZE, P.A.

         By:/s/ John C. Andrade
            JOHN C. ANDRADE, ESQUIRE, I.D.# 1037
            116 W. Water Street
            P.O. Box 598
            Dover, DE  19903
            (302) 678-3262
            Attorneys for Plaintiff

DATED:  August 25, 2015