IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN DENTON,<br><br>      Plaintiff,<br><br>    v.<br><br>FCA US LLC and<br>CHRYSLER AUTOMOTIVE<br>OPERATIONS, INC.<br><br>      Defendants. | Civil No.: 1:15-cv-00877(GMS) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff John Denton stipulates to the dismissal of all claims with prejudice against defendants FCA US LLC and Chrysler Automotive Operations, Inc., and requests that this action be closed by the Clerk of Court.

| | |
|---|---|
| PARKOWSKI, GUERKE<br>& SWAYZE, P.A. | MARSHALL DENNEHEY WARNER<br>COLEMAN & GOGGIN |
| /s/ *John C. Andrade*<br>John C. Andrade (I.D. 1037)<br>116 Water Street<br>P.O. Box 598<br>Dover, DE 19903<br>(303) 678-3262<br>jandrade@pgslegal.com | /s/ *Thomas J. Gerard*<br>Thomas J. Gerard (I.D. 2959)<br>Nemours Building<br>1007 N. Orange St.<br>Suite 600, P.O. Box 8888<br>Wilmington, DE 19899<br>(302) 552-4300<br>tjgerard@mdwcg.com |
| Attorneys for Plaintiff | Attorneys for Defendant FCA US LLC |